UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

JOSANN MAJELLA CAMPOS          Case No.: 12-29921-BKC-RBR
                                                         Chapter 7

      Debtor.
_____/

### NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT

**TO:**     ALL CREDITORS AND INTERESTED PARTES NUMERATED ON THE LIST ATTACHED TO THE ORIGINAL NOTICE ON FILE WITH THE COURT

**NOTICE IS HEREBY GIVEN THAT:**

     **Leslie S. Osborne, the Trustee** in this case intends to abandon the estate's interest in certain property, as described below, pursuant to 11 U.S.C. §554. The Trustee intends to abandon the following property, not because of exemptions and because the property is burdensome to the estate and of inconsequential value:

**Homestead property located @: 2461 SW 86 Ave, Davie, FL 33324**

     **Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without the necessity of a hearing or order, if no objection is filed and served within 15 days after the date of service of this notice.**

      Any parties objecting to said abandonment must file a written objection with the Clerk of the Bankruptcy Court, 299 E. Broward Blvd., Room 112, Fort Lauderdale, Florida 33301, with a copy to the undersigned Trustee in Bankruptcy

Date:   September 27, 2012                 _____/s/ Les Osborne_____
                                                                 Leslie S. Osborne, Trustee
                                                                 1300 N. Federal Hwy #203
                                                                 Boca Raton, FL 33432
                                                                 (561) 368-2200
                                                                 (561) 338-0350

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 12-29921-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Thu Sep 27 15:24:13 EDT 2012 | Chase<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | First Credit Inc. (FCI)<br>POB 630838<br>Cincinnati, OH 45263-0838 |
| HSN<br>POB 659707<br>San Antonio, TX 78265-9707 | Memoral Hospital<br>POB 864691<br>Orlando, FL 32886-0001 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| QVC Inc / Nationwide Credit Inc.<br>POB 26314<br>Lehigh Valley, PA 18002-6314 | Sallie Mae<br>POB 9533<br>Wilkes Barre, PA 18773-9533 | Weston Psychological Assoc.<br>17100 Royal Palm Blvd<br>Suite 1<br>Weston, FL 33326-2308 |
| Women Within<br>World Financial Network Bank<br>POB 182273<br>Columbus, OH 43218-2273 | Anthony Rodriguez<br>1856 N Nob Hill Rd<br>Plantation, FL 33322-6548 | Josann Majella Campos<br>2461 SW 86 Ave<br>Davie, FL 33324-5759 |
| Leslie S Osborne<br>1300 N. Federal Hwy #203<br>Boca Raton, FL 33432-2848 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jesus R. Campos

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13